UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANNETTE WASHINGTON,

    Plaintiff,

v().    Case No: 6:15-cv-291-Orl-TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 26). On May 20, 2016, the Court entered an order reversing the Commissioner's final decision and remanding the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 24). The Clerk entered judgment the following day (Doc. 25).

Plaintiff requests an award of attorney's fees in the amount of $5,480.01 under the Equal Access to Justice Act ("EAJA"). EAJA provides that a party is eligible for an award of attorney's fees where: (1) the party is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the party filed a timely application for attorney's fees; (4) the party had a net worth of less than $2 million when the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust. 28 U.S.C. § 2412(d). Plaintiff asserts that she is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified, and that her net worth when the action was filed was less than $2 million (Doc. 26 at 1-2). The schedule of counsel's billable hours attached to the

motion confirms Plaintiff's attorney's claimed hours (Doc. 26-2 at 3-4). The Commissioner does not oppose the motion (Doc. 26 at 2).

Plaintiff has attached a copy of her assignment of EAJA fees to her attorney, Shea A. Fugate (Doc. 26-3). In light of the assignment, Plaintiff requests that payment be made payable to her and delivered to Ms. Fugate unless she owes a federal debt (Doc. 26 at 2). If the U.S. Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Ms. Fugate (Id.).

Upon due consideration, Plaintiff's motion is **GRANTED** and Plaintiff is awarded attorney's fees in the amount of **$5,480.01** made payable to Plaintiff and delivered to Shea A. Fugate, if the Commissioner determines that Plaintiff does not owe a debt to the government.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2016.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record